David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Ste. 460
Phoenix, Arizona 85016
Telephone: (602) 265-3332
Facsimile: (602) 230-4482

Attorneys for the Plaintiff
Nichole Schneiderman

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Nichole Schneiderman<br><br>Plaintiff,<br><br>v.<br><br>National Recoveries, Inc.<br><br>Defendant. | **Case No.:2:10-cv-02148-GMS**<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

PLEASE TAKE NOTICE that Plaintiff, Nichole Schneiderman, and Defendant National Recoveries, Inc., have just settled the above-entitled matter in its entirety. Plaintiff intends on filing a Notice of Dismissal, with prejudice, as to the entire lawsuit, no later than 60 days from the date of this Notice, once all terms of the settlement agreement have been satisfied.

Date: February 28, 2011

**Hyde & Swigart**

By: /s/ David J. McGlothlin
David J. McGlothlin
Attorneys for the Plaintiff